UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN S. LEVY ALDRETE and SEAN N. LEVY ALDRETE<br><br>Defendants. | CASE NO. 3:24-cv-05824-TMC<br><br>ORDER ON MOTION FOR INTERPLEADER DEPOSIT AND STAY OF PROCEEDINGS |

Upon Plaintiff New England Life Insurance Company's ("New England") Motion for Interpleader Deposit and Stay of Proceedings, Dkt. 12, and the Court having considered the application of counsel, and for good cause having been shown;

/ / /

/ / /

/ / /

/ / /

ORDER ON MOTION FOR INTERPLEADER
DEPOSIT AND STAY OF PROCEEDINGS - 1

**IT IS HEREBY ORDERED THAT:**

(1) Within 21 days of the receipt of this Order by the Court, New England shall distribute to the Clerk of this Court a check or checks equal to the remaining 50% of annuity death benefits ("Remaining Death Benefits") due as a result of the death of Maria Levy Aldrete (the "Annuitant") pursuant to New England Annuity contract no. 440057893 ("Annuity"), as calculated on the date of distribution.[1]

(2) Before providing the check or checks to the Clerk, New England shall submit to the Court a proposed order with the exact amount to be deposited in accordance with Local Rule 67(a), which requires the following language: "the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $____." If New England requires that order be entered on the same date the proposed order is filed, they are further instructed to contact Chambers the morning of that day.

(3) The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335.

(4) The Clerk of this Court shall deposit the Remaining Death Benefits distributed by New England into an interest-bearing account and maintain the same pending further orders of the Court;

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] The Court understands that the Annuity proceeds will remain invested and subject to market fluctuation until this Order is signed, at which point New England may calculate the amount payable and process the payment. Accordingly, the exact amount deposited by New England should reflect the current Annuity value on the date of processing and otherwise subject to the timeframe set forth in paragraph 1 above.

ORDER ON MOTION FOR INTERPLEADER
DEPOSIT AND STAY OF PROCEEDINGS - 2

(4) Upon deposit of the Remaining Death Benefits with the Court, all proceedings in this action shall be stayed pending the outcome of the criminal charges relating to the homicide of the Annuitant against Defendant Sebastian S. Levy Aldrete.

IT IS SO ORDERED.

Dated this 21st Day of April, 2025

_____
Tiffany M. Cartwright
United States District Judge

ORDER ON MOTION FOR INTERPLEADER
DEPOSIT AND STAY OF PROCEEDINGS - 3