UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEW ENGLAND LIFE
INSURANCE COMPANY,

      Plaintiff,

v.

SEBASTIAN S. LEVY ALDRETE and
SEAN N. LEVY ALDRETE

      Defendants.

CASE NO. 3:24-cv-05824-TMC

ORDER ON MOTION FOR
INTERPLEADER DEPOSIT AND
STAY OF PROCEEDINGS

Upon Plaintiff New England Life Insurance Company's ("New England") Motion for Interpleader Deposit and Stay of Proceedings, and the Court having considered the application of counsel, and for good cause having been shown;

IT IS HEREBY ORDERED THAT:

(1) New England shall distribute to the Clerk of this Court a check in the amount of $127,388.14, representing the remaining 50% of annuity death benefits ("Remaining Death

ORDER ON MOTION FOR INTERPLEADER
DEPOSIT AND STAY OF PROCEEDINGS - 1

Benefits") due as a result of the death of Maria Levy Aldrete (the "Annuitant") pursuant to New England Annuity contract no. 440057893 ("Annuity"), as calculated on the date of distribution.

(2) The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $127,388.14.

(3) The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335.

(4) The Clerk of this Court shall deposit the Remaining Death Benefits distributed by New England into an interest-bearing account and maintain the same pending further orders of the Court;

(5) Upon deposit of the Remaining Death Benefits with the Court, all proceedings in this action shall be stayed pending the outcome of the criminal charges relating to the homicide of the Annuitant against Defendant Sebastian S. Levy Aldrete.

IT IS SO ORDERED.
Dated this 16th Day of May, 2025

Tiffany M. Cartwright
United States District Judge

ORDER ON MOTION FOR INTERPLEADER
DEPOSIT AND STAY OF PROCEEDINGS - 2